



MEMO ENDORSED

**Application GRANTED.** Defendants' deadline to respond to the Complaint is extended to **May 16, 2024**. The initial pretrial conference previously scheduled April 30, 2024 is adjourned to **June 11, 2024** at **12:00 p.m.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 29, 2024
New York, New York

March 28, 2024

**Via ECF**
Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

    Re:    *Continental Casual Company v. Feldman et al.*,
           23-cv-8102 (the "Action")

Dear Judge Clarke:

    We represent Defendant John Shannon ("Shannon") in the above-referenced Action. On behalf of Shannon and Defendant Ziel Feldman ("Feldman," and with Shannon, "Defendants") as well as Plaintiff Continental Casualty Company ("Continental"), we write to respectfully request (1) an adjournment *on consent* of Defendants' time to respond to the Complaint in this matter from April 1, 2024 to May 16, 2024, and (2) an adjournment of the Initial Pretrial Conference in this matter from April 30, 2024 at 2:00 p.m. to sometime on or after June 3, 2024. There have been two prior requests *on consent* in this matter to adjourn the prior scheduled dates, and those applications were granted on December 18, 2023 (ECF Doc. No. 19) and February 29, 2024 (ECF Doc. No. 24), respectively.

    There are two primary reasons for these requests. First, Defendants and Continental wish to adjourn the above dates in order to continue settlement discussions that may resolve the Action without the need for further litigation. Those discussions are ongoing, and Defendants expect a settlement offer before the end of this week. Second, this action has been stayed as against another defendant in the Action, Nir Meir ("Meir"), because Meir has filed for bankruptcy and, upon information and belief, remains incarcerated. The parties are continuing to evaluate the impact of that stay with respect to the remainder of the Action and whether, from a practical perspective, to conserve judicial resources and in the interest of efficiency, the Action should proceed without Meir at this time. The parties also request that the Initial Pretrial Conference occur after Defendants respond to the Complaint. As set forth above, this application is made *on consent*. The Initial Pretrial Conference is also the next scheduled appearance before the Court. Counsel for Defendants and Continental are available to appear for an Initial Pretrial Conference on June 3, June 4, or June 5.



Thank you for your attention to this application.

    Respectfully submitted,

    MINTZ & GOLD LLP

    By: /s/ *Adam K. Brody*
    Kevin M. Brown
    Adam K. Brody

    *Attorneys for Defendant John Shannon*

cc: Counsel of record

    *Via ECF*

    Jay R. Speyer, Esq.
    Morrison Cohen LLP
    909 Third Avenue, 27th Floor
    New York, NY 10022
    jspeyer@morrisoncohen.com
    *Attorneys for Defendant Ziel Feldman*

    *Via Email*