

May 14, 2024

**MEMO ENDORSED**

**Via ECF**
Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

      Re:    *Continental Casual Company v. Feldman et al.*,
              23-cv-8102 (the "Action")

Dear Judge Clarke:

      We represent Defendant John Shannon ("Shannon") in the above-referenced Action. On behalf of Shannon and Defendant Ziel Feldman ("Feldman," and with Shannon, "Defendants") as well as Plaintiff Continental Casualty Company ("Continental"), we write to respectfully request (1) an adjournment *on consent* of Defendants' time to respond to the Complaint in this matter from May 16, 2024 to June 28, 2024, and (2) an adjournment of the Initial Pretrial Conference in this matter from June 11, 2024 at 12:00 p.m. to sometime on or after July 15, 2024. There have been three prior requests *on consent* in this matter to adjourn the prior scheduled dates, and those applications were granted on December 18, 2023 (ECF Doc. No. 19), February 29, 2024 (ECF Doc. No. 24), and March 29, 2024 (ECF Doc. No. 26), respectively.

      There are two primary reasons for these requests. First, Defendants and Continental wish to adjourn the above dates in order to continue settlement discussions that may resolve the Action without the need for further litigation. Defendants have conveyed a settlement demand in the underlying action to Continental, and Continental is presently formulating its response. Second, this action has been stayed as against another defendant in the Action, Nir Meir ("Meir"), because Meir has filed for bankruptcy and, upon information and belief, remains incarcerated. The parties are continuing to evaluate the impact of that stay with respect to the remainder of the Action and whether the Action should proceed without Meir at this time. The parties also request that the Initial Pretrial Conference occur after Defendants respond to the Complaint. As set forth above, this application is made *on consent*. The Initial Pretrial Conference is also the next scheduled appearance before the Court. Counsel for Defendants and Continental are available to appear for an Initial Pretrial Conference on July 15, July 17, or July 18.

      Thank you for your attention to this application.

**Mintz & Gold LLP**            O 212.696.4848 | F 212.696.1231
600 Third Avenue, 25th Floor, New York, NY 10016     mintzandgold.com



Hon. Jessica G. L. Clarke, U.S.D.J.
*Continental Casual Company v. Feldman et al.*, 23-cv-8102
May 14, 2024
Page 2

Respectfully submitted,

MINTZ & GOLD LLP

By: /s/ *Adam K. Brody*
Kevin M. Brown
Adam K. Brody

*Attorneys for Defendant John Shannon*

cc:   Counsel of record

   *Via ECF*

   Jay R. Speyer, Esq.
   Morrison Cohen LLP
   909 Third Avenue, 27th Floor
   New York, NY 10022
   jspeyer@morrisoncohen.com
   *Attorneys for Defendant Ziel Feldman*

   *Via Email*

Application GRANTED. Defendants' deadline to respond to the Complaint is extended to **June 28, 2024**. The initial pretrial conference previously scheduled for June 11, 2024 is adjourned to **August 6, 2024** at **12:00 p.m.** The Court is unlikely to grant any further extensions. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 27.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: May 15, 2024
       New York, New York

---

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York NY 10016

O 212.696.4848  |  F 212.696.1231
mintzandgold.com